**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 09-cv-01470-RPM

TRISTAN SEDBROOK, and
CINDY SEDBROOK, individually and as guardians of
MADISON SEDBROOK

    Plaintiffs,

v.

NESTLE USA, INC.,

    Defendant.

___

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**
___

Upon consideration of the parties' Joint Motion to Stay Proceedings [7], it is

ORDERED that this case shall be STAYED until November 30, 2009. It is

FURTHER ORDERED that the parties shall file a joint status report no later than November 30, 2009 to apprise the Court of the outcome of the negotiations and any issues remaining to be addressed before this Court.

Dated this 25th day of August, 2009.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge