IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01470-RPM

TRISTAN SEDBROOK and
CINDY SEDBROOK, individually and as guardians of
MADISON SEDBROOK, a minor,

    Plaintiffs,
v.

NESTLE USA, INC.,

    Defendant.

_____

ORDER FOR STATUS REPORT
_____

On February 10, 2010, counsel filed a Joint Status Report, advising that this matter had been settled. Nothing further has been filed and it is therefore

ORDERED that on or before September 27, 2010, counsel shall submit a stipulation for dismissal or a status report.

DATED: September 20, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge