# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 09-cv-01470-RPM-CBS

TRISTAN SEDBROOK, and
CINDY SEDBROOK, individually and as guardians of
MADISON SEDBROOK, a minor,

      Plaintiffs,

v.

NESTLÉ USA, INC., a foreign corporation,

      Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

      Plaintiffs and Defendant, through their undersigned counsel, stipulate and agree pursuant to F.R.C.P. 41(a) that Plaintiffs' Complaint and cause of action against the Defendant shall be dismissed with prejudice, each party to pay its own costs and attorney fees, and that the Court may enter an Order consistent with this Stipulation.

      Respectfully submitted this 22nd day of September, 2010.

| MONTGOMERY LITTLE & SORAN, P.C. | HOGAN LOVELLS US LLP |
|---|---|
| /s John R. Riley | /s Jaasi J. Munanka |
| John R. Riley | Robert C. Troyer |
| 5445 DTC Parkway, Suite 800 | Jaasi J. Munanka |
| Suite 800 | 1200 17th Street, Suite 1500 |
| Greenwood Village, CO  80111 | Denver, CO  80202 |
| Phone:  303-773-8100 | Phone: 303-899-7300 |
| Facsimile:  303-220-0412 | Facsimile:  303-899-7333 |
| Jriley@montgomerylittle.com | robert.troyer@hoganlovells.com |
|  | jaasi.munanka@hoganlovells.com |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |

| | |
|---|---|
| MARLER CLARK, LLP, PS | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| /s William D. Marler | /s Alan M. Maxwell |
| William D. Marler<br>6600 Columbia Center<br>701 Fifth Avenue<br>Seattle, WA  98104<br>bmarler@marlerclark.com | Alan M. Maxwell<br>950 East Paces Ferry Road<br>Suite 3000<br>Atlanta, GA  30326<br>amaxwell@wwhgd.com |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

**I hereby** certify that on September 22, 2010, the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed with the Court and served on the following counsel via the CM/ECF system:

William D. Marler
Marler Clark, LLP, PS
701 5th Avenue, Suite 6600
Seattle, WA  98104
bmarler@marlerclark.com

Alan M. Maxwell
Charles L. Clay
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, GA  30326
amaxwell@wwhgd.com
cclay@wwhgd.com

Robert C. Troyer
Jaasi J. Munanka
1200 17th Street, Suite 1500
Denver, CO  80202
robert.troyer@hoganlovells.com
jaasi.munanka@hoganlovells.com

*s/ Sandra G. Reinke*
Sandra G. Reinke

\\\DE - 059726/000038 - 468715 v1