IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

TRISTAN SEDBROOK and CINDY )
SEDBROOK, individually and as guardians )
of MADISON SEDBROOK, a minor, )
)
       Plaintiffs, )   No. 1:09-cv-01470-RPM-CBS
)
  v. )
)
NESTLE USA, INC., a foreign corporation, )
)
       Defendant. )
)

___

### ORDER OF DISMISSAL WITH PREJUDICE
___

Upon review of Plaintiffs' and Defendant's Stipulation for Dismissal With Prejudice [16], it is

ORDERED that Plaintiffs' Complaint and cause of action against the Defendant are dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated this 23rd day of September, 2010.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge